ELIZABETH SCHERMERHORN, as Executrix of ABRAM L. SCHER-
MERHORN, Deceased, Appellant, *v.* RANSEN GARDENIER,
Respondent.

*Schermerhorn* v. *Gardenier,* 107 App. Div. 564, affirmed.
(Argued April 3, 1906; decided April 17, 1906.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
October 2, 1905, reversing a judgment in favor of plaintiff
entered upon a decision of the court on trial at Special Term
and granting a new trial.

*W. A. Hendrickson* and *G. S. Collier* for appellant.

*Edson R. Harder* for respondent.

Order affirmed and judgment absolute ordered against appel-
lant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
WERNER and HISCOCK, JJ. Absent: O'BRIEN, J. Not
sitting : CHASE, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
E. ARDEN NOBLETT, Appellant.

*People* v. *Noblett,* 96 App. Div. 293, affirmed.
(Argued April 3, 1906; decided April 17, 1906.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered July
25, 1904, which affirmed a judgment of the Court of General
Sessions of the Peace in the city of New York entered upon
a verdict convicting the defendant of the crime of grand
larceny in the first degree.

*Clarence E. Thornall* for appellant.

*William Travers Jerome, District Attorney (Robert S.
Johnstone* of counsel) for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
WERNER, HISCOCK and CHASE, JJ. Absent: O'BRIEN, J.